IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                   **CASE NO. 4:13CR00063-01 BSM**

**HECTOR ALFREDO SEGOVIA**                                     **DEFENDANT**

**AMENDED JUDGMENT AND COMMITMENT ORDER**

The Judgment and Commitment Order [Doc. No. 21] entered on October 3, 2013, is amended to reflect the correct fine range of $3,000 to $30,000 instead of $4,000 to $40,000 as stated on Page One (1) of the Statement of Reasons, Part III.

The clerk is directed to provide a copy of the order to the United States Probation Office and the United States Marshals Service.

All other conditions contained in the original Judgment and Commitment Order shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 7th day of October 2013.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE